Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW, LTD.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., | CASE NO. 307-cv-05744-JSW |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| NGHIA NGUYEN, et al. | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses ***without prejudice*** the following Defendant: NGHIA NGUYEN and KIM THUY HO individually, and d/b/a THOA CAFE, and the above-entitled action in its entirety.

Dated: February 15, 2008      */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW, LTD.

///

# PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 15, 2008, I served:

**NOTICE OF VOLUNTARY DISMISSAL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Nghia Nguyen (Defendant)
1040 McLaughlin Avenue
San Jose, CA 95122

Kim Thuy Ho (Defendant)
1040 McLaughlin Avenue
San Jose, CA 95122

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed February 15, 2008, at South Pasadena, California.

Dated: February 15, 2008          */s/ Raquel Hernandez*
                                   RAQUEL HERNANDEZ